United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 23-12314-PDR
Gary Jerome Bell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 2
Date Rcvd: Apr 07, 2023      Form ID: CGFD15      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Jerome Bell, 6112 NW 10th St., Margate, FL 33063-3615 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Apr 07 2023 21:57:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Apr 08 2023 01:40:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 07 2023 21:58:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: AISACG.COM | Apr 08 2023 01:40:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Apr 08 2023 01:40:00 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96899631 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2023 22:03:21 | Northwest Medical Center, c/o Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 96899630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2023 22:03:21 | Westside Regional Medical Center, c/o Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 96900114 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 07 2023 22:03:36 | Westside Regional Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 07, 2023 | Form ID: CGFD15 | Total Noticed: 9 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com ecf2@ch13weiner.com |

TOTAL: 2

CGFD15 (6/27/22)



**ORDERED in the Southern District of Florida on April 7, 2023**



**Peter D. Russin**
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 23–12314–PDR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Gary Jerome Bell
6112 NW 10th St.
Margate, FL 33063

SSN: xxx–xx–0473

# ORDER DISMISSING CASE

At the time of filing of the above referenced case on **March 27, 2023**, the debtor was provided notice by the court of filing requirements and the deadline(s) to correct deficiencies.

**1)** As of the date of this order, the debtor has failed to correct the following deficiency(ies) by the required **4/3/2023** deadline:

> The petition was not accompanied by a service matrix as required pursuant to Local Rule 1007–2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" or was otherwise deficient.
>
> The Debtor's **original signed** petition and/or documents required for filing the petition as indicated in the Clerk's Filing Instructions, was/were not filed within the time required pursuant to Administrative Order 2022–05.
>
> Payment of the petition filing fee was not received by the Clerk within the time required pursuant to Administrative Order 2022–05.

**2)** The following additional requirements remain outstanding:

> Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information
> Official Bankruptcy Form 106A/B, Schedule A/B: Property
> Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
> Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
> Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

      Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
      Official Bankruptcy Form 106H, Schedule H: Your Codebtors
      Official Bankruptcy Form 106I, Schedule I: Your Income
      Official Bankruptcy Form 106J, Schedule J: Your Expenses
      **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2
      Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules
      Official Bankruptcy Form 107, Statement of Financial Affairs for Individuals Filing for Bankruptcy
      Chapter 13 Plan
      Official Bankruptcy Form 122C–1, Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and/or 122C–2, Chapter 13 Calculation of Your Disposable Income
      Debtor's Payment Advices

      Because the debtor has failed to meet the deadline(s) in paragraph (1) above for the listed deficient items, it is

**ORDERED** that:

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301, **$313.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Only certified check or money order will be accepted (cash will not be accepted as a form of payment). Case number must be included on the certified check or money order. Filer should include a self–addressed stamped envelope if a receipt is requested. Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

                                              # # #

The clerk shall serve a copy of this order on all parties of record.